IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DYLAN F. MATSCH,

                Plaintiff,                ORDER

v.

                                   07-cv-720-bbc

WEISER CONCRETE PRODUCTS, INC.,

                Defendant.

---

Defendant filed a motion to hold trial in Eau Claire, *see* dkt. 4 and plaintiff did not oppose it, *see* dkt. 13. Judge Crabb's trial calendar is too congested to allow her to travel to Eau Claire and the parties did not consent to transfer this case to the magistrate judge who could have made the trip north. Therefore, the parties must come to Madison to try this case. The motion to try this case in Eau Claire is denied.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge